ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fluor Federal Solutions, LLC | ) ASBCA No. 62343-QUAN |
| | ) |
| Under Contract No. N69450-12-D-7582 | ) |

APPEARANCES FOR THE APPELLANT:   Jennifer A. Mahar, Esq.
                                 Kathryn T. Muldoon, Esq.
                                  Haynes and Boone, LLP
                                  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                  Navy Chief Trial Attorney
                                 Jerry Kim, Esq.
                                  Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE WITWER

The parties have settled the appeal and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,255,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 28, 2025

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                     I concur


OWEN WILSON                                  J. REID PROUTY
Administrative Judge                         Administrative Judge
Acting Chairman                              Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                          of Contract Appeals


    I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62343-QUAN, Appeal of
Fluor Federal Solutions, LLC, rendered in conformance with the Board's Charter.

    Dated:  January 28, 2025


                                PAULLA K. GATES-LEWIS
                                Recorder, Armed Services
                                Board of Contract Appeals